SELIG POLYSCOPE COMPANY, Appellant, v. MUTUAL FILM CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ITALIAN IMPORTING COMPANY OF NEW YORK, Respondent, v. WESTERN IMPORT COMPANY and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Smith, J., dissented.

BERT K. BLOCH, Respondent, v. PASQUALE PIROTTA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

PATRICK McGOVERN and Another, Appellants, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MORRIS LUSTBERG and Others, Copartners, etc., Appellants, v. WILLIAM W. BUTTLE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to set aside judgment and open default denied, with ten dollars costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EUDORA S. VAN HORN, Respondent, v. FRANK M. VAN HORN, Appellant, Impleaded with Another.— Order modified by providing that defendant may answer, demur or move within twenty days after service of the order to be entered hereon with notice of entry, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WILLIAM BEACH LAWRENCE, Respondent, v. LEE GWYNN LAWRENCE, Individually and as Sole Surviving Trustee, etc., and ISAAC LAWRENCE, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JOHN J. DILLON, as Commissioner of the Department of Foods and Markets of the State of New York, Respondent, v. SWIFT & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HYMAN FOX, Respondent, v. GEORGE GINSBURG, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.